Jonah Pullman and M. M. Kalikow, trading as Pullman & Kalikow, defendants in error, v. Elias Hackner and Kolman Hackner, trading as Hackner Brothers, plaintiffs in error. Gen. No. 23,939.

Action to recover purchase price of goods sold. Judgment for plaintiffs. Error to the Municipal Court of Chicago; the Hon. John F. Haas, Judge, presiding. Heard in the Branch Appellate Court at

the March term, 1918.   Affirmed.   Opinion filed November 6, 1918.
Bernard J. Brown, for plaintiffs in error.   Baker & Holder, for defendants in error.
Mr. Presiding Justice O'Connor delivered the opinion of the court.